UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                             No. 23-CR-00353-LTS

LEANDRE BARNETT,                                             ORDER

        Defendant.

-------------------------------------------------------x

An initial pretrial conference in this case is scheduled to proceed on August 1, 2023, at 11:30 a.m., in Courtroom 17C.

The parties are directed to file, and email Chambers at SwainNYSDCorresp@nysd.uscourts.gov, any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
        July 21, 2023                              LAURA TAYLOR SWAIN
                                                    Chief United States District Judge