|  |  |
|---|---|
| **THOMAS F. X. DUNN**<br>**ATTORNEY AT LAW**<br>20 Vesey Street<br>Suite 400<br>New York, New York 10007<br>Tel: 212-941-9940<br>Thomasdunnlaw@aol.com | **MEMO ENDORSED** |

November 1, 2023

**By ECF & email**

Honorable Laura Taylor Swain
United States Chief District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

     Re: United States v. Barnett and Wilson,
           23 Cr. 353 (LTS)

Dear Judge Swain:

    I represent Leandre Barnett. The defendants in this matter refused to appear in Court today. The parties request an adjournment of the conference to a date in mid-December or early January convenient to Your Honor. I commence a two-week trial before the Honorable Andrew L. Carter, Jr. on November 27th and expect to conclude the trial on or before December 11th. Assistant U.S. Attorney James Ligtenberg and A. James Bell advised they have no objection to this request.

    Mr. Bell and I consent to an exclusion of time under the Speedy Trial Act until the next scheduled conference.

    Thank you for your consideration of this request.

                                                Respectfully yours,
                                                     /s/
                                                 Thomas F.X. Dunn

Cc: James Ligtenberg, Esq.
    Assistant U.S. Attorney
   (by ECF & email)

    A. James Bell, Esq.
   (by ECF & email.

The foregoing request is granted. The Court hereby schedules the next conference in this matter for December 13, 2023, at 3:30 p.m. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through December 13, 2023, outweigh the best interests of the public and the defendant in a speedy trial for the reasons indicated herein, including continuity of defense counsel. DE no. 39 resolved.
SO ORDERED.
11/02/23
/s/ Laura Taylor Swain, Chief USDJ