**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

December 13, 2023

**By ECF & email**

Honorable Laura Taylor Swain
United States Chief District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: <u>United States v. Barnett and Wilson,</u>
   23 Cr. 353 (LTS)

Dear Judge Swain:

    I represent Leandre Barnett. I write to request an adjournment of the conference scheduled for December 13, 2023. I am engaged before the Honorable Andrew L. Carter Jr. in the matter of *United States v. Starlin Nunez*, 21 Cr. 673(ALC). Assistant U.S. Attorney Courtney Heavy advised that she has no objection to this request. I request an adjournment to a day during the first week of January except for January 2, 2024.

    I consent to an exclusion of time under the Speedy Trial Act until the next scheduled conference.

    Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Courtney Heavey, Esq.
    Assistant U.S. Attorney
   (by ECF & email)

The Court has adjourned the conference scheduled on December 13, 2023, to **January 4, 2024, at 11:00 a.m.** and excluded time under the Speedy Trial Act through that date. (<u>See</u> DE no. 43.)  DE no. 44 resolved.
SO ORDERED.
12/14/2023
/s/ Laura Taylor Swain, USDJ