**THOMAS F. X. DUNN**
ATTORNEY AT LAW
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

December 26, 2023

**By ECF & Email**

Honorable Laura Taylor Swain
United States Chief District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

## MEMO ENDORSED

Re: United States v. Leandre Barnett,
23 Cr. 353 (LTS)

Dear Judge Swain:

I represent Leandre Barnett and request an adjournment of the guilty plea in this matter scheduled for January 4th. I remain engaged in a trial before the Honorable Andrew L. Carter. Judge Carter continued the trial from December 15th until January 3rd. The trial may conclude by January 5th. I request that the guilty plea in this matter be scheduled during the week of January 8th except for January 11th.

Assistant U.S. Attorney Courtney Heavy advised she has no objection to this request.

I consent to an exclusion of time under the Speedy Trial Act until the next scheduled court date.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Courtney L. Heavey, Esq.
    Assistant U.S. Attorney
    (by ECF & email)

The foregoing adjournment request is granted. A conference and/or change of plea hearing for Mr. Barnett is hereby scheduled for January 10, 2024, at 11:00 a.m. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through January 10, 2024, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated herein. DE no. 46 resolved. SO ORDERED.

12/29/2023
/s/ Laura Taylor Swain, Chief U.S.D.J.